IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25-mj-517 |
| | ) | |
| CHALE PROVINE, | ) | Court Date:  October 6, 2025 |
| | ) | |
| Defendant. | ) | |

SUPERSEDING CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E2575510)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 21st, 2025, at Joint Base Myer-Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, CHALE PROVINE, did unlawfully drive and operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-266(ii).)

Count II (Petty Offense – E2575509)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 21st, 2025, at Joint Base Myer-Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, CHALE PROVINE, did operate a motor vehicle and did, after being advised of the consequences of a refusal, unreasonably refuse to consent to a chemical test of his breath to prove the alcohol content in his blood after an arrest for driving under the influence.

(In violation of 32 Code of Federal Regulations, Section 634.25(f), adopting Virginia Code Section 18.2-268.3.)

Respectfully submitted,

Erik S. Siebert
United States Attorney

By:        _____/s/_____
           Cain Crouse
           Special Assistant United States Attorney
           United States Attorney's Office
           Eastern District of Virginia
           2100 Jamieson Avenue
           Alexandria, VA 22314
           Phone: 703-299-3896
           Fax: 703-299-3980
           Email: cain.crouse@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on September 23, 2025, I filed the foregoing document with the Clerk of

Court using the CM/ECF system, which will cause a true and accurate copy of this document to

be transmitted to counsel of record.


By: _____/s/_____
Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov